**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **vs.**                                      **CASE NO.: 2:13-cr-130
JUDGE SMITH
MAGISTRATE JUDGE KEMP**

**BRENDA SCHWENDEMAN,**

      **Defendant.**

**ORDER**

On June 13, 2013, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Schwendeman's guilty plea to Count One of the Information charging her with embezzlement of $4,648.45 from the United States by virtue of her employment with the United States Postal Service, in violation of 18 U.S.C. § 641. Defendant, represented by counsel, waived her right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of her right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Count One of the Information. Defendant is hereby adjudged guilty of embezzlement of $4,648.45 from the United States by virtue of her employment with the United States Postal Service, in violation of 18 U.S.C. § 641.

**IT IS SO ORDERED.**

 */s/ George C. Smith*  
**GEORGE C. SMITH, JUDGE**  
**UNITED STATES DISTRICT COURT**